IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **BILLIE BURKE,** *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>**AHS MEDICAL HOLDINGS LLC d/b/a ARDENT HEALTH SERVICES, ARDENT MEDICAL SERVICES, INC. d/b/a ARDENT HEALTH SERVICES,**<br><br>Defendants. | Case No. 3:23-cv-01308 |
| **ELIZABETH REDD,** *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>**AHS MEDICAL HOLDINGS, LLC d/b/a ARDENT HEALTH SERVICES, ARDENT MEDICAL SERVICES, INC. d/b/a ARDENT HEALTH SERVICES,**<br><br>Defendants. | Case No. 3:23-cv-01342 |

**PLAINTIFFS' UNOPPOSED MOTION
TO CONSOLIDATE THE RELATED ACTIONS**

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs in the above-captioned actions respectfully request that the Court (1) consolidate these related cases pursuant to FED. R. CIV. P. 42(a).

A proposed order granting this requested relief is submitted herewith.

Dated: January 16, 2024

Respectfully submitted,

By: */s/ Lisa A. White*
Lisa A. White (TN Bar No. 026658)
**MASON LLP** (primary office address)
5335 Wisconsin Ave., NW, Suite 640
Washington, D.C. 20015

T: (202) 429-2290
lwhite@masonllp.com

Ken Grunfeld (*admitted pro hac vice*)
**KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
T: (954) 525-4100
grunfeld@kolawyers.com

Kevin Laukaitis*
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

*\*Pro Hac Vice admission forthcoming*

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16TH day of January, 2024, I caused the foregoing **PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE THE RELATED ACTIONS** to be filed electronically with the Clerk of Court by using the CM/ECF system which shall serve a copy on all counsel of record.

*/s/ Lisa A. White*
Lisa A. White (TN Bar No. 026658)