UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BILLIE BURKE, *individually and on behalf of all others similarly situated*,<br><br>    **Plaintiff,**<br><br>v.<br><br>AHS MEDICAL HOLDINGS LLC d/b/a ARDENT HEALTH SERVICES, ARDENT MEDICAL SERVICES, INC. d/b/a ARDENT HEALTH SERVICES,<br><br>    **Defendants.** | No. 3:23-cv-01308 |
| ELIZABETH REDD, *individually and on behalf of all others similarly situated*,<br><br>    **Plaintiff,**<br><br>v.<br><br>AHS MEDICAL HOLDINGS LLC d/b/a ARDENT HEALTH SERVICES, ARDENT MEDICAL SERVICES, INC. d/b/a ARDENT HEALTH SERVICES,<br><br>    **Defendants.** | No. 3:23-cv-01342 |

**ORDER**

Before the Court in these related data breach cases is Plaintiffs' Unopposed Motion to Consolidate the Related Actions under Federal Rule of Civil Procedure 42(a). (Case No. 3:23-cv-01308, Doc. No. 16). Based on Plaintiffs' Memorandum of Law in Support of their motion (*Id.*, Doc. No. 16-1) and the Court's own independent review, the Court agrees that the above-captioned cases involve common questions of law or fact that make consolidation appropriate. See Fed. R.

Civ. P. 42(a); see also Hall v. Hall, 138 S. Ct. 1118, 1131 (2018) ("District courts enjoy substantial discretion in deciding whether and to what extent to consolidate cases.").

Accordingly, Plaintiffs' Unopposed Motion to Consolidate the Related Actions (Case No. 3:23-cv-01308, Doc. No. 16) is **GRANTED**. The above-captioned cases are **CONSOLIDATED** for all purposes, including trial, with case number 3:23-cv-01308 serving as the lead case. All future filings shall be made in the lead case only. The parties shall contact the Magistrate Judge to discuss a consolidated case management schedule.

The Clerk is **DIRECTED** to file this order in both consolidated cases.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE