# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KERRY HODGE, JESSICA CANNON, JOLANDA KING, and DON MCGEE, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>AHS MANAGEMENT COMPANY, INC. )<br>)<br>*Defendant.* )<br>)<br>)<br>) | Civil Action No.: 3:23-cv-01308<br><br><br><br><br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffery S. Frensley |

## DEFENDANT AHS MANAGEMENT COMPANY, INC.'S MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and Local Rule 7.01, Defendant AHS Management Company, Inc. ("Ardent") moves to dismiss the Consolidated Amended Class Action Complaint (Dkt. No. 23, "CAC"). Plaintiffs fail to establish Article III standing, and thus the CAC should be dismissed pursuant to Rule 12(b)(1) for lack of subject-matter jurisdiction. Specifically, the CAC does not allege any injury in fact that is fairly traceable to Ardent's conduct. Nor does it allege an imminent and substantial risk of future harm, which is required for Plaintiffs to have standing to seek injunctive relief. Moreover, the CAC fails to state a claim upon wich relief may be granted and thus, alternatively, should be dismissed pursuant to Rule 12(b)(6). In support of its Motion, Ardent submits an accompanying Memorandum of Law.

WHEREFORE, for the reasons set forth in this Motion and the accompanying Memorandum, Ardent respectfully requests that this Motion to Dismiss be granted and the CAC be dismissed with prejudice in its entirety.

**DATED** this 3rd day of June, 2024.

                                        Respectfully submitted,

                                        */s/ Kathryn H. Walker*
                                        Kathryn Hannen Walker
                                        Jeff H. Gibson
                                        Briana T. Sprick Schuster
                                        Taylor M. Sample
                                        BASS BERRY & SIMS PLC
                                        150 Third Avenue South, Suite 2800
                                        Nashville, TN 37201
                                        (615) 742-6200
                                        kwalker@bassberry.com
                                        jgibson@bassberry.com
                                        briana.sprick.schuster@bassberry.com
                                        taylor.sample@bassberry.com

                                        *Attorneys for AHS Management Company, Inc.*

**CERTIFICATE OF SERVICE**

      I certify that on June 3, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, which includes:

| | |
|---|---|
| Kenneth Jay Grunfeld<br>Kopelowitz Ostrow Ferguson Weiselberg Gilbert<br>65 Overhill Road<br>954-525-4100<br>Fax: 954-525-4300<br>Bala Cynwyd, PA 19004<br>grunfeld@kolawyers.com | James Gerard Stranch , IV<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue<br>Suite 200<br>Nashville, TN 37203<br>615-254-8801<br>Fax: 615-250-3937<br>Email: gstranch@stranchlaw.com |
| Kevin Laukaitis<br>Laukaitis Law LLC<br>954 Avenida Ponce De Leon<br>Suite 205, #10518<br>San Juan, PR 00907<br>215-789-4462<br>Email: klaukaitis@laukaitislaw.com | John J. Nelson<br>Milberg Coleman Bryson Phillips Grossman, PLLC<br>280 S. Beverly Drive<br>Beverly Hills, CA 90212<br>(858) 209-6941<br>Email: jnelson@milberg.com |
| Gary E. Mason<br>Lisa A. White<br>Mason LLP<br>5335 Wisconsin Avenue NW<br>Suite 640<br>Washington, DC 20015<br>202-429-2290<br>Fax: 202-429-2294<br>gmason@masonllp.com<br>lwhite@masonllp.com<br><br>*Attorneys for Plaintiffs* | Robert Bruce Grayson K Wells<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue<br>Suite 200<br>Nashville, TN 37203<br>615-254-8801<br>Email: gwells@stranchlaw.com<br><br>*Attorneys for Michael Epperson* |

                                                                         */s/ Kathryn H. Walker*