UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **KERRY HODGE, JESSICA CANNON, JOLANDA KING, and DON MCGEE,** *individually and on behalf of all others similarly situated*, <br><br>  **Plaintiffs,** <br><br> v. <br><br> **AHS MANAGEMENT COMPANY, INC.,** <br><br>  **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 3:23-cv-01308 |

# ORDER

On July 30, 2024, the parties filed a Joint Status Report, indicating that they "reached resolution in principle" and "are currently working to draft the settlement papers documenting such resolution" by September 20, 2024. (Doc. No. 53). Accordingly, Defendant AHS Management Company, Inc.'s Motion to Dismiss the Consolidated Amended Class Action Complaint (Doc. No. 45) is **HELD IN ABEYANCE**. The Clerk is instructed to terminate Doc. No. 45 on the docket, subject to revival by Defendant if the parties are unable to finalize their settlement.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE