# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KERRY HODGE, JESSICA CANNON, JOLANDA KING, and DON MCGEE,<br><br>*Plaintiffs,*<br><br>v.<br><br>AHS MANAGEMENT COMPANY, INC.<br><br>*Defendant.* | Civil Action No.: 3:23-cv-01308<br><br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffery S. Frensley |

## PLAINTIFFS' UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Kerry Hodge, Jessica Cannon, Jolanda King, Don McGee, and Michael Epperson individually and behalf of others similarly situated ("Plaintiffs"), hereby move this Court to:

1. Preliminarily approve the settlement described in the "Settlement Agreement" between Plaintiffs and Defendant AHS Management Company, Inc. ("Defendant" or "AHS"), and the attachments thereto, including the Short Notice, Long Form Notice, Claim Form, and Proposed Preliminary Approval Order, attached to the Declaration of Gary E. Mason, filed in support of this motion;

2. Conditionally certify the Settlement Class;

3. Appoint Plaintiffs Kerry Hodge, Jessica Cannon, Jolanda King, Don McGee, and Michael Epperson as Class Representatives;

4. Appoint Lisa A. White and Gary E. Mason of Mason LLP, Ken Grunfeld of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, and Kevin Laukaitis of Laukaitis Law LLC as Class Counsel;

5. Approve a short form notice to be mailed to Settlement Class Members (the "Short Notice") in a form substantially similar to that attached as Exhibit A to the Settlement Agreement;

6. Approve a long form notice ("Long Notice") to be posted on the settlement website in a form substantially similar to the one attached as Exhibit B to the Settlement Agreement;

7. Direct Notice to be sent to the Settlement Class in the form and manner proposed as set forth in the Settlement Agreement and Exhibits A and B thereto;

8. Appoint Simpluris, Inc. to serve as Notice Specialist and Claims Administrator;

9. Approve the use of a claim form substantially similar to that attached as Exhibit C to the Settlement Agreement; and

10. Set a hearing date and schedule for final approval of the Settlement and consideration of Plaintiffs' motion for award of fees, costs, expenses, and service awards.

This Motion is based upon: (1) this Motion; (2) the Memorandum of Points and Authorities in Support of the Motion for Preliminary Approval of Class Action Settlement; (3) the Declaration of Gary E. Mason filed herewith; (4) the Settlement Agreement; (5) the Notices of Class Action Settlement (Short and Long Form); (6) the Claim Form; (7) the [proposed] Order Granting Preliminary Approval of Class Action Settlement; (8) the records, pleadings, and papers filed in this action; and (9) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

DATED: October 4, 2024

/s/ Lisa A. White
Lisa A. White (TN Bar No. 026658)
Gary E. Mason (*pro hac vice*)
**MASON LLP** (primary office address)
5335 Wisconsin Ave., NW, Suite 640
Washington, D.C. 20015
T: (202) 429-2290
lwhite@masonllp.com
gmason@masonllp.com

Ken Grunfeld (*pro hac vice*)
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
T: (954) 525-4100
grunfeld@kolawyers.com

Kevin Laukaitis (*pro hac vice*)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

*Counsel for Plaintiffs and the Proposed Class*