IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KERRY HODGE, JESSICA CANNON, JOLANDA KING, DON MCGEE, and MICHAEL EPPERSON,<br><br>*Plaintiffs,*<br><br>v.<br><br>AHS MANAGEMENT COMPANY, INC.<br><br>*Defendant.* | Civil Action No.: 3:23-cv-01308<br><br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffery S. Frensley |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Kerry Hodge, Jessica Cannon, Jolanda King, Don McGee, and Michael Epperson, individually and on behalf of others similarly situated ("Plaintiffs"), hereby move for final approval of the Class Action Settlement preliminarily approved by this Court on October 9, 2024 [ECF No. 59]. For the reasons set forth in the Memorandum filed herewith, the Declaration of Notice and Claims Administrator Simpluris, Inc., also filed herewith, as well as all other pleadings and papers on file in this action, Plaintiffs respectfully request that this Court:

1. Grant final certification of the Class for settlement purposes only;

2. Appoint Plaintiffs Kerry Hodge, Jessica Cannon, Jolanda King, Don McGee, and Michael Epperson as Class Representatives;

3. Appoint Lisa A. White and Gary E. Mason of Mason LLP, Ken Grunfeld of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, and Kevin Laukaitis of Laukaitis Law LLC as Class Counsel;

4. Find that the Notice met the requirements of due process and Federal Rule of Civil

Procedure 23;

5. Find that the terms of the Settlement Agreement fair, reasonable, and adequate and are approved, adopted, and incorporated by the Court;

6. Direct the Parties, their respective attorneys, and the Settlement Administrator to consummate the Settlement in accordance with the Court Order and the terms of the Settlement Agreement; and

7. Resolve all claims against all parties in this Action and issue the Proposed Final Approval Order filed herewith.

Dated: July 18, 2025

By: /s/ *Lisa A. White*
Gary E. Mason (*pro hac vice*)
Lisa A. White (TN Bar No. 026658)
**MASON LLP**
5335 Wisconsin Ave., NW, Suite 640
Washington, D.C. 20015
T: (202) 429-2290
gmason@masonllp.com
lwhite@masonllp.com

Ken Grunfeld (*pro hac vice*)
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
T: (954) 525-4100
grunfeld@kolawyers.com

Kevin Laukaitis (*pro hac vice*)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

*Counsel for Plaintiffs and the Proposed Class*